JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IRENE MORALES,

        Plaintiff,

vs.

SYNCHRONY BANK,

        Defendant(s).

Case No.: 2:18−cv−02023-PA (SKx)

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The court has considered the Notice of Voluntary Dismissal with Prejudice of Defendant Synchrony Bank.

~~The court shall retain jurisdiction for any matters related to completing and/or enforcing the settlement.~~

The court also finds that the Voluntary Dismissal should be GRANTED. Synchrony Bank is hereby DISMISSED with prejudice from this action. Each party to bear their own accost and attorneys' fees.

Dated: May 15, 2018

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE